MARK S. POSARD (SBN: 208790)
mposard@grsm.com
SCOTT M. MCLEOD (SBN: 242035)
smcleod@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

Attorneys for Defendants
HYATT CORPORATION,
JOIE DE VIVRE HOSPITALITY LLC
(as Successor In Interest to Defendant CVR SERVICE LLC)
and COMMUNE HOTELS AND RESORTS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN REEVES, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>HYATT CORPORATION, a Delaware corporation doing business as Carmel Valley Ranch; CV RANCH L.P., a Delaware limited partnership doing business as Carmel Valley Ranch Resort L.P.; CVR SERVICES, LLC, a business organization, form unknown; CVR SERVICE, LLC, a Delaware limited liability company; COMMUNE HOTELS AND RESORTS, LLC, a Delaware limited liability company; JOIE DE VIVRE – ORCHARD HOTEL, LLC, a business organization, form unknown; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 5:20-cv-01990-NC<br><br>**STIPULATION AND ORDER TO REMAND MATTER TO STATE COURT** |

Plaintiff BRIAN REEVES and Defendants HYATT CORPORATION, JOIE DE VIVRE HOSPITALITY LLC (as Successor In Interest to Defendant CVR SERVICE LLC) and COMMUNE HOTELS AND RESORTS LLC (collectively, "Removing Defendants") hereby stipulate to remand this matter to state court as follows:

WHEREAS, Plaintiff commenced the above action by filing his Complaint in the Superior Court of California, County of Monterey, entitled *Brian Reeves, as an individual and on behalf of all others similarly situated vs. Hyatt Corporation, et al.*, Case No. 19CV004915 (the "State Action").

WHEREAS, Plaintiff asserts one cause of action under the Private Attorneys General Act ("PAGA"), seeking penalties under the California Labor Code.

WHEREAS, the Removing Defendants removed the State Action to this Court on or about March 23, 2020.

WHEREAS, the Removing Defendants Answered the Complaint on or about March 27, 2020.

WHEREAS, after meeting and conferring, Plaintiff and Removing Defendants agree to remand the matter to the Superior Court of California, County of Monterey.

WHEREAS, Defendant CV RANCH L.P., who consented to the removal, consents to the remand, as shown by the consent attached hereto as **Exhibit A.**

**NOW, THEREFORE**, the Parties hereby stipulate and agree that this matter be remanded to the Superior Court for the State of California, County of Monterey.

**IT IS SO STIPULATED.**

DATED: April 28, 2020                GORDON REES SCULLY MANSUKHANI LLP

By: /s/ *Scott M. McLeod*
_____
Scott M. McLeod
Attorney for Defendants
HYATT CORPORATION, JOIE DE VIVRE HOSPITALITY LLC (as Successor In Interest to Defendant CVR SERVICE LLC) and COMMUNE HOTELS AND RESORTS LLC

DATED: April 27, 2020                    DIVERSITY LAW GROUP, P.C.

By:   */s/ Larry W. Lee*
       Larry W. Lee
       Mai Tulyathan
       Attorneys for Plaintiff and Aggrieved
       Employees

Pursuant to Local Rule 5-1(i)(3), filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: April 29, 2020            _____
                                      HON. NATHANAEL M. COUSINS
                                      U.S. MAGISTRATE JUDGE

